UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ROBERT JACKSON, III                               CIVIL ACTION NO. 10-0909-P

VERSUS                                            JUDGE S. MAURICE HICKS, JR.

STEVE PRATOR, ET AL.                              MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims against Steve Prator, Robert Wyche, Dr. Florinoid, Manager Boone, Patsy Lewis, Patsy Williams, Caddo Parish Commission, Madison Parish Sheriff's Office, Warden of Madison Parish Jail, Major John Doe, Warden of River Correctional Center, Major John Doe 2, Collinston Correctional Center, Warden of Collinston Correctional Center, Louisiana Department of Public Safety and Corrections, Jason Waltman, Warden Goodwin, Jamie Fussel, and the Louisiana Department of Public Safety and Corrections be **DISMISSED WITH PREJUDICE AS FRIVOLOUS** under 28 U.S.C. § 1915(e) .

**IT IS FURTHER ORDERED** that Plaintiff's civil rights claims seeking monetary compensation from Coriletha Stewart for her allegedly unconstitutional prosecution and from Susan Owens, Kenya Ellis, Geya Prudhomme, Brian Barner, Warren Glen Mangham, and Charles Scott for his allegedly unconstitutional conviction and sentence be **DISMISSED WITH PREJUDICE AS FRIVOLOUS** under 28 U.S.C. § 1915(e) until such

time as the Heck conditions are met.

**IT IS FURTHER ORDERED** that Plaintiff's civil rights claims against the State of Louisiana be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 30th day of May, 2013.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE